PHILLIP A. TALBERT
ACTING United States Attorney
PHILIP N. TANKOVICH
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ALISON D. OQUINN,<br><br>　　　　　　　Defendant. | Case No. 1:21-po-00034-SAB<br><br>MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Philip N. Tankovich, Special Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice, and moves to vacate the status conference set for March 18, 2021 at 10:00a.m.

DATED:  March 4, 2021　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By:　　/s/ Philip N. Tankovich__
　　　　　　　　　　　　　　　　　　　　PHILIP N. TANKOVICH
　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice and the status conference on March 18, 2021 at 10:00a.m. is vacated.

IT IS SO ORDERED.

Dated: __**March 4, 2021**__

UNITED STATES MAGISTRATE JUDGE